**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6837**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SCOTTY ROACH,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Winston-Salem.  Frank W. Bullock, Jr.,
District Judge.  (CR-93-122, CR-93-205)

———————

Submitted:  October 26, 2000      Decided:  January 12, 2001

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Scotty Roach, Appellant Pro Se.  John Warren Stone, Jr., Assistant
United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Scotty Roach appeals the district court's order declining to grant relief from Roach's court-imposed restitution and denying Roach's motion under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Roach, Nos. CR-93-122; CR-93-205 (M.D.N.C. June 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2